THOMAS F. BERTRAND, ESQ., SBN  056560
RICHARD W. OSMAN, ESQ., SBN 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for CITY OF VACAVILLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GEARHEART,<br><br>    Plaintiff,<br><br> vs.<br><br>SOLANO COUNTY; CITY OF VACAVILLE; DAVID ADAMS; JOHN ARABIA; RAY DUDLEY;  EDUARDO HIPOL;  CHRIS DUANES AND DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:07-CV-01444 LKK GGH<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CITY OF VACAVILLE |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed, without prejudice, in its entirety as to defendant CITY OF VACAVILLE only, each party to bear its own fees and costs, pursuant to FRCP 41(a)(i).

Dated:  March10, 2008    ABBEY WEITZENBERG WARREN AND EMERY

        By:___/s/_____
          Michael D. Green
          Attorney for Plaintiff KAREN GEARHART

///

1  Dated:  March 11, 2008

2                                              By:   /s/
                                                   Kathleen J. Williams
3                                                  Attorney for Defendant Solano County:

4

5  Dated:  March 12, 2008                      BERTRAND, FOX & ELLIOT

6

7                                              By:   /s/
                                                   Thomas F. Bertrand
8                                                  Richard W. Osman
                                                   Attorneys for Defendant CITY OF VACAVILLE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2 IT IS SO ORDERED:

3

4 Dated: March 14, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT