**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants COUNTY OF SOLANO,
DAVID ADAMS, JOHN ARABIA, RAY DUDLEY and
EDUARDO HIPOL

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GEARHART,<br><br>    Plaintiff<br><br>v.<br><br>SOLANO COUNTY; CITY OF VACAVILLE; DAVID ADAMS, JOHN ARABIA; RAY DUDLEY; EDUARDO HIPOL; CHRIS DUANES and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO: 2:07-cv-01444 LKK-GGH<br><br>**STIPULATION OF DISMISSAL REGARDING SOLANO COUNTY** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant SOLANO COUNTY be, and hereby is, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

Dated: July 2, 2008        /s/ *Michael Green*
                Michael Green,
                Attorney for plaintiff KAREN GEARHART

Dated July 3, 2008         /s/ *Kathleen J. Williams*
                Kathleen J. Williams, Attorney for COUNTY OF
                SOLANO, EDUARDO HIPOL, DAVID ADAMS,
                JOHN ARABIA and RAY DUDLEY

*Gearhart v. Solano, et* al. [07-cv-01444 LKK GGH] Stipulation of Dismissal Regarding Solano County        Page 1

1 **IT IS SO ORDERED**

3 Dated: July 9, 2008.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

28 *Gearhart v. Solano, et* al. [07-cv-01444 LKK GGH] Stipulation of Dismissal Regarding Solano County        Page 2