**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants COUNTY OF SOLANO,
DAVID ADAMS, JOHN ARABIA, RAY DUDLEY and
EDUARDO HIPOL

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GEARHART,<br><br>　　　　Plaintiff<br><br>v.<br><br>SOLANO COUNTY; CITY OF VACAVILLE; DAVID ADAMS, JOHN ARABIA; RAY DUDLEY; EDUARDO HIPOL; CHRIS DUANES and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:07-cv-01444 LKK-GGH<br><br>**STIPULATION OF DISMISSAL REGARDING EDUARDO HIPOL** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant EDUARDO HIPOL be, and hereby is, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

Dated: July 2, 2008　　　　/s/ *Michael Green*
　　　　　　　　　　　　　　Michael Green,
　　　　　　　　　　　　　　Attorney for plaintiff KAREN GEARHART

Dated July 2, 2008　　　　　/s/ *Kathleen J. Williams*
　　　　　　　　　　　　　　Kathleen J. Williams, Attorney for COUNTY OF
　　　　　　　　　　　　　　SOLANO, EDUARDO HIPOL, DAVID ADAMS,
　　　　　　　　　　　　　　JOHN ARABIA and RAY DUDLEY

**IT IS SO ORDERED**

Dated:   July 9, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT