1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants DAVID ADAMS, JOHN ARABIA,
   and RAY DUDLEY
6

7  **IN THE UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
8

9  KAREN GEARHART,                        )   CASE NO: 2:07-cv-01444 LKK-GGH
                                          )
10                Plaintiff               )
                                          )   **STIPULATION OF DISMISSAL**
11 v.                                     )
                                          )
12 SOLANO COUNTY; CITY OF                 )
   VACAVILLE; DAVID ADAMS, JOHN           )
13 ARABIA; RAY DUDLEY; EDUARDO            )
   HIPOL; CHRIS DUANES and DOES 1         )
14 through 100, inclusive,                )
                                          )
15                Defendants.             )
                                          )
16

17     IT IS HEREBY STIPULATED by and between the parties to this action through

18 their designated counsel that defendants DAVID ADAMS and RAY DUDLEY be, and

19 hereby are, dismissed with prejudice from the above-captioned action, pursuant to

20 FRCP 41(a)(1), each side to bear its own costs and attorneys fees.

21
   Dated: July 14, 2008         /s/ *Michael Green*
22                              Michael Green,
                                Attorney for plaintiff KAREN GEARHART
23

24 Dated July 14, 2008          /s/ *Kathleen J. Williams*
                                Kathleen J. Williams, Attorney for DAVID ADAMS,
25                              JOHN ARABIA and RAY DUDLEY

26

27

28 *Gearhart v. Solano, et* al. [07-CV-01444 LKK GGH] Stipulation of Dismissal Regarding Adams and Dudley   Page 1

**IT IS SO ORDERED**

Dated: July 21, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

*Gearhart v. Solano, et* al. [07-CV-01444 LKK GGH] Stipulation of Dismissal Regarding Adams and Dudley   Page 2