UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN GEARHART,

        Plaintiff,

   v.

SOLANO COUNTY; CITY OF VACAVILLE; DAVID ADAMS, JOHN ARABIA; RAY DUDLEY; EDUARDO HIPOL; CHRIS DUANES and DOES 1 through 100, inclusive,

        Defendants.

                                 /

NO. Civ.S-07-1444 LKK/GGH

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  July 21, 2008.
4
5
6                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26